

FILED
Nov 20  2 29 PM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EARL CRAIG and :
MARY GORE :
                Plaintiffs : CASE NO. 302 CV 1630(JBA)
                 :
V. :
                 :
COLONIAL PENN INSURANCE CO.    NOVEMBER 19, 2003
              Defendant :

### DEFENDANT COLONIAL PENN INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9 for the United States District Court for the District of Connecticut, defendant, Colonial Penn Insurance Company, hereby moves for an extension of time within which to file Dispositive Motions up to and including January 30, 2004.

In support of said motion, the defendant represents:

1) It has filed a Motion for Sanctions and Request to Dismiss Plaintiffs' Complaint With Prejudice, which motion was filed with the court on October 7, 2003.

2) The court has previously entered an order that dispositive motions in this matter be filed by November 24, 2003.

3) By correspondence dated November 5, 2003, the defendant requested that the court schedule a status conference to resolve the uncertainty concerning the need of the defendant to file its dispositive motions in light of the pending Motion to Dismiss.

4) The defendant has been advised that it is unlikely that a status conference will be scheduled until late December 2003, at the earliest.

Wherefore, the defendant requests that the court extend the time for dispositive motions until approximately one month subsequent to the status conference or January 30, 2004.

The defendant represents that by voice mail and e-mail to plaintiffs' counsel it requested that counsel advise defendant if he has any objection to this motion and that plaintiffs' counsel has not voiced any objection to said motion. The defendant further represents that the request for an extension of time is for good cause for reasons which could not have been reasonably anticipated.

DEFENDANT, COLONIAL PENN INSURANCE CO.

By _____
Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct05612

- 2 -

CERTIFICATION

    I hereby certify that a copy of the foregoing notice was mailed to counsel of record on November 19, 2003 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT 06515

                                                              Joel J. Rottner

SR/213735

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693