*12/2/03: Motion GRANTED, absent objection, to and including 1/30/04. A status/has been set down for 12/16/03 at 3:00 p.m.*
*See calendar issued this date.*

*IT IS SO ORDERED.*
*Dated at New Haven, Connecticut.*

*Janet Bond Arterton, U.S.D.J.*

FILED
Nov 20  2 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EARL CRAIG and
MARY GORE

          Plaintiffs   :   CASE NO. 302 CV 1630(JBA)

V.

COLONIAL PENN INSURANCE CO.
          Defendant   :   NOVEMBER 19, 2003

## DEFENDANT COLONIAL PENN INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9 for the United States District Court for the District of Connecticut, defendant, Colonial Penn Insurance Company, hereby moves for an extension of time within which to file Dispositive Motions up to and including January 30, 2004.

In support of said motion, the defendant represents:

1) It has filed a Motion for Sanctions and Request to Dismiss Plaintiffs' Complaint With Prejudice, which motion was filed with the court on October 7, 2003.

2) The court has previously entered an order that dispositive motions in this matter be filed by November 24, 2003.

FILED
Dec 5  9 07 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Law Offices of **KELLEY ROTTNER P.C.** ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693