```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CRAIG, et al.                    :
                                 :
v.                               :    NO. 3:02cv1630 (JBA)
                                 :
COLONIAL PENN                    :
```

## ENDORSEMENT ORDER

Based on the findings, representations and agreements on the record of the status conference with counsel on December 16, 2003, the following is ordered:

1. Defendant's Motion to Dismiss/Preclude Evidence Re: Failure to Produce Exhibits [Doc. # 42] is DENIED by agreement.

2. Defendant's Motion for Sanctions Re: Plaintiff's Failure to Comply with Rule 26(a) [Doc. # 43] and Motion to Dismiss/Preclude Evidence Re: Plaintiff's Failure to Comply with Discovery [Doc. # 44] are DENIED (but see document preclusion agreement on record of 12/16/03).

3. Defendant's Motion to Preclude the Testimony of Earl Craig, Jr. and James Gore [Doc. # 50] is GRANTED absent objection. The testimony of Earl Craig, Jr. and James Gore will be precluded from trial.

4. Defendant's Motion to Preclude the Testimony of William

1

McKinley [Doc. # 51] is GRANTED absent objection. The testimony of William McKinley will be precluded from trial unless Plaintiff timely provides the location and/or address of Mr. McKinley for pretrial deposition.

5. Defendant's Motion to Dismiss Re: Failure to Attend Depositions [Doc. # 52] and Motion for Sanctions and Request to Dismiss Plaintiffs' Complaint with Prejudice [Doc. # 59] are GRANTED to the extent that plaintiffs' further testimony will be precluded, unless their depositions are taken.

6. Defendant's Motion for Order to Compel Franklin Degree to Comply with Subpoena and Testify at Deposition [Doc. # 55], Motion for Order to Compel Cecil W. Harris to Comply with Subpoena and Testify at Deposition [Doc. # 56], and Motion for Order to Compel Reginald Eisler to Comply with Subpoena and Testify at Deposition [Doc. # 57] are DENIED, as defendant's submission fails to show compliance with 28 U.S.C. § 1821.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **December 19, 2003**