UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG                            :

v.                               :    NO. 3:02cv1630 (JBA)

COLONIAL PENN                    :

FILED
DEC 23  10 32 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

### SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record at a status conference held 12/16/03, the following schedule is ordered:

1. Defendant's Motion for Summary Judgment will be filed by 1/30/04; plaintiff's opposition will be filed 2/20/04; defendant's reply will be filed 3/5/04. The pre-filing conference requirement has been satisfied.

2. This matter is deemed trial ready 08/1/04.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **December 22, 2003**