FILED

Jan 27   2 10 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EARL CRAIG and<br>MARY GORE<br>    Plaintiffs | :<br>:<br>: CASE NO. 302 CV 1630(JBA)<br>: |
| v. | : |
| COLONIAL PENN INSURANCE<br>COMPANY | :<br>: JANUARY 26, 2004<br>: |
| Defendant | : |

### APPEARANCE

Please enter the appearance of Alyssa S. Vigue for the defendant, COLONIAL PENN INSURANCE COMPANY, in the above-entitled action.

DATED this 26th day of January, 2004.

                              Respectfully submitted,

                              DEFENDANT, COLONIAL PENN
                              INSURANCE COMPANY

                              By _Alyssa S. Vigue_____
                                 Alyssa S. Vigue
                                 Fed. Bar #ct 25178
                                 Skelley Rottner P.C.
                                 P.O. Box 340890
                                 Hartford, CT  06134-0890
                                 (860) 561-7077

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on January 26, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT 06515

*Alyssa S. Vigue*
Alyssa S. Vigue

SR/216063

- 2 -