FILED
Jan 28  1:45 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| v. | : | |
| | : | |
| COLONIAL PENN INSURANCE CO. | : | JANUARY 27, 2004 |
| Defendant | : | |

### DEFENDANT COLONIAL PENN INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b) for the United States District Court for the District of Connecticut, defendant, Colonial Penn Insurance Company, hereby moves for an extension of time within which to file Dispositive Motions up to and including February 13, 2004.

In support of said motion, the defendant represents:

1) The court has previously entered an order that dispositive motions in this matter be filed by January 30, 2004.

2) Defendant's counsel has inquired of opposing counsel and there is an agreement to the motion.

Wherefore, the defendant requests that the court extend the time for its Motion for Summary Judgment until February 13, 2004.

The defendant further represents that the request for an extension of time is for good cause for reasons which could not have been reasonably anticipated.

DEFENDANT, COLONIAL PENN INSURANCE CO.

By *Alyssa S. Vigue*
Alyssa S. Vigue
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct25178

- 2 -

## ORDER

The foregoing Motion having been heard, it is hereby **ORDERED** that said Motion is **GRANTED/DENIED**.

BY THE COURT

_____
Judge/Clerk

- 3 -

Law Offices of **SKELLEY ROTTNER P.C.** ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
**Juris No. 58693**

## CERTIFICATION

I hereby certify that a copy of the foregoing notice was mailed to counsel of record on January 27, 2004 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515


*Alyssa S. Vigue*
Alyssa S. Vigue

SR/216136

- 4 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693