FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EARL CRAIG and
MARY GORE
Plaintiffs

v.

COLONIAL PENN INSURANCE CO.
Defendant

CASE NO. 302 CV 1630(JBA)

JANUARY 27, 2004

**DEFENDANT COLONIAL PENN INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b) for the United States District Court for the District of Connecticut, defendant, Colonial Penn Insurance Company, hereby moves for an extension of time within which to file Dispositive Motions up to and including February 13, 2004.

In support of said motion, the defendant represents:

1) The court has previously entered an order that dispositive motions in this matter be filed by January 30, 2004.

2) Defendant's counsel has inquired of opposing counsel and there is an agreement to the motion.

1/29/04: Motion DENIED, without prejudice to renew, for failure to comply with D. Conn. L. Civ. R. 7(b)(2)(3), [failure to show cause for extension of time sought].

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut.

FILED