United States District Court
District of Connecticut
FILED AT       NEW HAVEN

Jan. 30, 2004
Kevin F. Rowe, Clerk
P. A. Villano

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and <br> MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| v. | : | |
| COLONIAL PENN INSURANCE <br> COMPANY | : | JANUARY 30, 2004 |
| Defendant | : | |

### MOTION FOR SUMMARY JUDGMENT

The defendant, Colonial Penn Insurance Company, in the above captioned matter, moves for Summary Judgment, as there are no genuine issues of material fact regarding any of the counts of the plaintiffs' Complaint. As explained in more detail in the attached Memorandum of Law, Colonial Penn Insurance Company provided homeowner's insurance to the plaintiffs commencing on August 3, 2000. Colonial Penn Insurance Company now moves for summary judgment under various legal theories explained in more detail in the attached Memorandum of Law.

In further support thereof, the defendant represents as follows:

7

1) The plaintiffs commenced this action more than one year after the date of loss, and, therefore, the plaintiffs' claim for Breach of Contract in Counts One and Two are barred by the one-year suit limitation provision of the policy.

2) The defendant now moves for summary judgment on Count Three of the plaintiffs' Complaint alleging bad faith because discovery has established insufficient evidence to support a claim of dishonest purpose or sinister motive on the part of the defendant Colonial Penn Insurance Company.

3) In Count Four and Count Five, the plaintiffs allege that the defendant violated CUTPA and CUIPA. Discovery has established that there is no evidence to support the conclusion that any alleged improper practices by the defendant constituted a general practice of refusal to pay claims. Because the plaintiffs fail to show that the defendant's conduct constituted a general practice of refusal to pay claims without a reasonable investigation under CUIPA, the plaintiffs' claim under CUTPA is legally insufficient. Furthermore, there is no private cause of action under CUIPA. Therefore, the defendant now moves for summary judgment on Count Four and Count Five of the plaintiffs' Complaint.

4) The plaintiffs' allegations of intentional misrepresentation and negligent misrepresentation in Count Six and in Count Seven are unsubstantiated by any

evidence that has been disclosed during discovery in this matter. Moreover, the plaintiffs have failed to allege false representation sufficiently as a matter of law.

5) The allegations of Count Eight alleging defamation and self-defamation are unsubstantiated by any evidence that has been disclosed during discovery in the Examination Under Oaths, and, therefore, the claims fail for lack of evidence.

6) The allegations of Count Nine alleging severe emotional distress are not substantiated by any evidence disclosed during discovery, therefore plaintiffs' claims are not substantiated and there is no evidence that defendant's conduct was extreme and outrageous.

**WHEREFORE**, the defendant now moves for Summary Judgment on all nine counts on the basis that no genuine issue of material fact or law exists, and the defendant is entitled to judgment as a matter of law, further supported by the attached Memorandum of Law.

DEFENDANT, COLONIAL PENN
INSURANCE COMPANY

By _/s/ Alyssa S. Vigue_
Alyssa S. Vigue
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct05612

**ORDER**

The foregoing Motion having been heard, it is hereby **ORDERED** that said Motion is **GRANTED/DENIED**.

BY THE COURT

_____
Judge/Clerk

## **CERTIFICATION**

I hereby certify that a copy of the foregoing notice was mailed, via certified mail, on January 30, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

*Alyssa S. Vigue*
Alyssa S. Vigue