UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| EARL CRAIG & MARY GORE | * | CASE NO. 302 CV 1630(JBA) |
| Plaintiffs | * | |
| | * | |
| v. | * | FEBRUARY 17, 2004 |
| | * | |
| COLONIAL PENN INSURANCE, INC. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel undersigned hereby move for an enlargement of time, some thirty (30) days, within which to complete and file the above-mentioned Opposition. In support of this motion, Plaintiffs represent as follows.

1. This is the first such request for an extension by the Plaintiffs.

2. Plaintiffs' counsel is currently in the process of drafting their Opposition, but requires affidavits and other materials, which among other things, are to be signed by parties and witnesses, who are out of state.

3. This extension is necessary to thoroughly respond to the defendant's motion.

4. Plaintiffs' counsel has telephoned defendant's counsel with respect this motion, but has been unable to speak directly with counsel, as he was not in his office. As of the time of this writing, plaintiffs' counsel is thus unaware of defendant's position with respect to this

motion. However, in the past when, defendant's counsel has sought extension(s), plaintiffs' counsel has always obliged and agreed.

5. The granting of this motion prejudices neither party.

WHEREFORE: Plaintiffs respectfully move this Court for the afore-mentioned extension.

Plaintiffs
**EARL CRAIG and**
**MARY GORE**

By _____
Caleb M. Pilgrim
LAW OFFICES OF CALEB M. PILGRIM, LLC
1404 Whalley Avenue
Second Floor
New Haven, Connecticut 06516
Tel: (203) 387-2524
Federal Bar No. ct 14857

### CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on February 17, 2004, to Joel Kottner, Esq., P.O. Box 340890, Hartford, CT 06134-0890.

_____
Caleb M. Pilgrim