FILED
Mar 2  3 12 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| v. | : | |
| | : | |
| COLONIAL PENN INSURANCE CO. | : | FEBRUARY 27, 2004 |
| Defendant | : | |

## DEFENDANT COLONIAL PENN INSURANCE COMPANY'S MOTION TO PRECLUDE PLAINTIFF'S FROM PRESENTING AFFIDAVITS FROM THE PLAINTIFF IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant represents that by pleading dated February 17, 2004 Plaintiffs' moved for an Enlargement of Time to Respond to the Defendant's Motion for Summary Judgment and represented "Plaintiffs' counsel is currently in the process of drafting their Opposition but requires affidavits... to be signed by parties...." On December 19, 2003 the court entered an order that precluded the plaintiffs' from offering any additional testimony at trial beyond that which was previously produced by the plaintiffs under oath. (See Endorsement Order attached hereto as Exhibit A and Transcript of Status Conference of December 16, 2003 Pages 17-28 wherein the court entered its order attached hereto as Exhibit B). Pursuant to said order any

testimony of the plaintiffs which may be admissible at trial must already exist and be under oath. Said testimony is therefore already available to the plaintiffs for the purposes of opposing the Motion for Summary Judgment; and, any affidavit of the plaintiff can only be for the purpose of producing additional testimony which is precluded pursuant to the court's order.

Wherefore the defendant requests that the court enter an order precluding the plaintiff from attaching affidavits of the plaintiff in opposition to the defendant's Motion for Summary Judgment and that the court enter an order consistent with it's previous order that the plaintiffs' testimony in opposition to the defendant's motion for Summary Judgment be in the form of already existing statements under oath.

DEFENDANT, COLONIAL PENN INSURANCE CO.

By_____
Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct05612

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

CERTIFICATION

I hereby certify that a copy of the foregoing notice was mailed to counsel of record on February 27, 2004 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

_____
Joel J. Rottner

SR/217349

- 4 -