UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| EARL CRAIG & MARY GORE * | CASE NO. 302 CV 1630(JBA) |
| Plaintiffs * | |
| * | |
| v. * | MARCH 25, 2004 |
| * | |
| COLONIAL PENN INSURANCE, INC.* | |
| Defendant * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel undersigned hereby move for an enlargement of time, some thirty (30) additional days, within which to complete and file the above-mentioned Opposition. In support of this motion, Plaintiffs represent as follows.

1. This is the second such request for an extension by the Plaintiffs.

2. Plaintiffs' counsel has not yet completed the brief, and has not yet received the required affidavits and other materials from out of state witnesses, materials which are necessary to oppose the defendant's motion.

3. This extension is necessary to thoroughly respond to the defendant's motion.

4. Plaintiffs' counsel has been unable to speak directly with opposing counsel, and is thus unaware of defendant's position with respect to this motion.

---

[Handwritten margin annotation:]

3/31/04: Motion GRANTED, in part, to and including 4/9/04. This matter will now be deemed trial ready: October 2004. No further extensions will be granted absent a showing of extreme good cause.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.