UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************
| | | |
|---|---|---|
| EARL CRAIG & MARY GORE * | CASE NO.302 CV 1630(JBA) |
| Plaintiffs * | |
| * | |
| v. * | APRIL 8, 2004 |
| * | |
| COLONIAL PENN INSURANCE, INC.* | |
| Defendant * | |

*********************************************

## PLAINTIFFS' OPPOSITION TO DEFENDANT MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby objects to the Defendant's Motion for Summary Judgment dated January 30, 2004, on the grounds set forth in the attached Memorandum of Law, deposition materials, and other exhibits.

Respectfully submitted,
THE PLAINTIFFS
EARL CRAIG and MARY GORE

By _____
Caleb M. Pilgrim
LAW OFFICES OF CALEB M. PILGRIM, LLC
1404 Whalley Avenue
Second Floor
New Haven, Connecticut 06516
Tel: (203) 387-2524
Federal Bar No. ct 14857

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on April 8, 2004 to Joel Rottner, Esq., P.O. Box 340890, Hartford, CT 06134-0890.

_____
Caleb M. Pilgrim

9