UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EARL CRAIG and | : |
| MARY GORE | : |
|         Plaintiffs | : CASE NO. 302 CV 1630(JBA) |
| | : |
| v. | : |
| | : |
| COLONIAL PENN INSURANCE | : |
| COMPANY | : APRIL 19, 2004 |
| | : |
|         Defendant | : |

### **APPEARANCE**

Please enter the appearance of Susan L. Miller for the defendant, COLONIAL PENN INSURANCE COMPANY, in the above-entitled action.

DATED this 19th day of April, 2004.

    Respectfully submitted,

    DEFENDANT, COLONIAL PENN
    INSURANCE COMPANY


    By _____\S_____
    Susan L. Miller
    Fed. Bar #ct 06385
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT  06134-0890
    (860) 561-7077

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, on April 19, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

\S\
Susan L. Miller

SR/219714