UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| VS. | : | |
| | : | |
| COLONIAL PENN INSURANCE | : | |
| COMPANY | : | |
| Defendant | : | APRIL 19, 2004 |

**DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
WITHIN WHICH TO FILE A REPLY TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT AND PLAINTIFFS' LOCAL 56(A) STATEMENT**

The defendant, Colonial Penn Insurance Company, requests an enlargement of time to May 25, 2004 to file a Reply to the plaintiffs' Memorandum in Opposition to the Defendant's Motion for Summary Judgment and plaintiffs' Local 56(A) Statement and/or any other pleadings appropriate to respond to plaintiffs' filing dated April 8, 2004. The defendant represents that said enlargement of time is necessary for the following reasons:

1.   Joel J. Rottner, defense counsel has been out of the country for the period beginning April 9, 2004 and will be returning on April 25, 2004.

2. The plaintiffs, Earl Craig and Mary Gore, failed to file their Memorandum in Opposition within the time set by the court. Furthermore, said Memorandum is not complete in that while it references exhibits, no exhibits were attached.

3. The plaintiffs' counsel in his correspondence to the court asking that his lateness be excused, also appears to be asking the court for an unlimited amount of time to supplement his brief.

4. Furthermore, defense counsel will require the additional time to determine what response is required as plaintiffs' counsel references relevant evidence which needs to be discussed with defense counsel but does not identify such evidence.

5. Because of Mr. Rottner's unavailability it will be impossible for defense counsel to address any Reply Memorandum and/or response to the documents filed by the plaintiffs.

6. To the extent the plaintiffs' Memorandum includes Affidavits of the plaintiffs, defense counsel will require substantial time to compare said Affidavits to the prior testimony of the plaintiffs provided at their Examinations Under Oath to insure that the plaintiffs' Affidavits conform to the Order of the Court limiting the plaintiffs' testimony (Endorsement Order, Docket No. 62).

7. Defense counsel represents that part of this motion was prepared by Mr. Rottner on April 8, 2004 in anticipation that the plaintiffs' might not comply with the Order of the Court requiring that plaintiffs' file their Memorandum by April 9, 2004. Therefore, in accordance with the Local Rules, the undersigned has requested that Attorney Susan Miller of the office of Skelley Rottner P.C. determine from Attorney Pilgrim if he objects to this Motion. In keeping with said request on Monday, April 19, 2004 the undersigned contacted Attorney Pilgrim to inquire if he had any objection to this Motion. As of the filing of this Motion he has not responded.

WHEREFORE, the defendant respectfully requests that this Court grant its Motion for Enlargement of Time to and including May 25, 2004 to file its response to plaintiffs' filings.

DEFENDANT, COLONIAL PENN
INSURANCE COMPANY


By _____\S_____
Susan L. Miller
Fed. Bar #ct 06385
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
(860) 561-7077

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, on April 19, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

                                        \S\
                                  Susan L. Miller

SR/219721