82

FILED
Apr 20   1 14 PM '04
[illegible stamp]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EARL CRAIG and
MARY GORE                                    :

                        Plaintiffs            :        CASE NO. 302 CV 1630(JBA)

VS.                                          :

COLONIAL PENN INSURANCE
COMPANY                                      :

                        Defendant            :        APRIL 19, 2004


**DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
WITHIN WHICH TO FILE A REPLY TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT AND PLAINTIFFS' LOCAL 56(A) STATEMENT**


The defendant, Colonial Penn Insurance Company, requests an enlargement of time

to May 25, 2004 to file a Reply to the plaintiffs' Memorandum in Opposition to the Defendant's

Motion for Summary Judgment and plaintiffs' Local 56(A) Statement and/or any other pleadings

appropriate to respond to plaintiffs' filing dated April 8, 2004. The defendant represents that said

enlargement of time is necessary for the following reasons:

1.    Joel J. Rottner, defense counsel has been out of the country for the period

        beginning April 9, 2004 and will be returning on April 25, 2004.

*(left margin, rotated text:)*

(Janet Bond Arterton, U.S.J.)

This matter will now be deemed trial ready November 2004.

4/27/04:   Motion GRANTED to and including 5/25/04.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.