


# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EARL CRAIG and | : |  |
| MARY GORE | : |  |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
|  | : |  |
| v. | : |  |
|  | : |  |
| COLONIAL PENN INSURANCE CO. | : | APRIL 29, 2004 |
| Defendant | : |  |

## DEFENDANT'S OBJECTION TO THE LATE FILING OF THE PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, Colonial Penn Insurance Company, objects to the late filing of the plaintiffs' opposition to the defendant's motion for summary judgment and attachments, dated April 8, 2004, because the Court Order specified a deadline of April 9, 2004 and the plaintiff's motion was filed on April 16, 2004, although it was dated April 8, 2004. See **Exhibit A** for Court's deadline of April 9, 2004 and **Exhibit B** for the Court's date stamp of April 16, 2004. Further, the plaintiffs have not filed a proper motion as required under the Federal Rules of Civil Procedure 6(b)(2) nor have the plaintiffs shown "extreme good cause" for further delay as the plaintiffs were required to demonstrate as stated in the Court's Order.

The plaintiffs have had three deadlines by which to respond to the defendant's summary judgment motion. The deadlines were February 20, 2004, March 19, 2004, and

4195-02004SR\220096\tao

finally April 9, 2004, which deadline the plaintiffs missed.  See **Exhibit C** for Docket Nos. 68, 73, and 76, respectively.  The plaintiffs have filed two extensions for time and the second extension was filed on March 26, 2004, which was after the deadline of March 19, 2004.  See **Exhibit C** for Docket No. 73 indicating motion due date of March 19, 2004 and Docket No. 75 indicating second motion for time, filed March 26, 2004

In both extensions the plaintiffs represented that additional time was needed because plaintiffs' counsel has not yet received the required affidavits and other materials from out of state witnesses. **(Exhibit D)**.  The defendant objected to the plaintiffs' second motion for enlargement of time because the defendant is not aware of any out of state witnesses other than the plaintiffs and their children and the plaintiffs' failure to sign Affidavits is a continuation of their repeated refusal to comply with the Rules of Court and to frustrate this litigation.  The court previously addressed this issue when the plaintiffs failed to attend their depositions by entering sanctions against the plaintiffs including an Order precluding the plaintiffs from testifying at trial as to any matters to which the plaintiffs had not previously testified under oath.  (Motion to Dismiss, Docket No. 59.)  Therefore, any further affidavits of the plaintiffs in opposition to the motion for summary judgment would be contrary to said order; and there was no basis for the plaintiffs to seek an extension of time to supply their own affidavits.



Again, the plaintiffs have frustrated this litigation by filing their opposition to the defendant's motion for summary judgment after the deadline of April 9, 2004, without "extreme good cause," and without filing a proper Federal Rules of Civil Procedure 6(b)(2) motion. Providing a letter to the court to demonstrate cause without the formality of a motion or the request for any particular extension of time, is not a sufficient basis on which the court may grant an extension. Lujan v. National Wildlife Federation, 497 U.S. 871, 895-897 (ruling that a District Court judge was correct in not granting a request for an extension of time that appeared in a footnote in a brief without the formality and specifics as required by Federal Rules of Civil Procedure 6(b)(2)). While the defendant is sympathetic to plaintiffs' counsel's physical inability to complete its opposition to defendant's summary judgment, the real issue is that the plaintiffs continue to frustrate this litigation through a pattern including not showing up for depositions, not providing affidavits, and not responding to their counsel as described by Attorney Pilgrim in his letter dated April 16, 2004.

The standard for an extension of time is "excusable neglect," which the court raised to "extreme good cause" after the second extension. The pattern of uncooperativeness demonstrated by plaintiffs cannot be deemed "extreme good cause" for a further extensions of time, even if a proper motion had been filed. The First Circuit Court of Appeals, when faced with a review of a district court that had not granted a third extension of time found:

- 3 -

"[t]he district court allowed the appellant two extensions of time within which to oppose the defendants' motion for summary judgment, but balked the third time around. The appellant assigns error. We discern none. The administration of filing deadlines is a matter of case management that comes within the district court's discretion. See Mendez v. Banco Popular de P.R., 900 F.2d 4, 6 (1st Cir. 1990); see also Fed. R. Civ. P. 6(b). Litigants cannot expect that courts will dance to their every tune, granting extensions on demand to suit lawyers' schedules. Given the district court's generosity in granting two extensions, and the weakness of the excuse proffered by the appellant's attorney in seeking yet another boon, n8 we see no hint of any arbitrariness in the court's exasperated denial of the third extension. See Harlow Fay, Inc. v. Federal Land Bank, 993 F.2d 1351, 1352 (8th Cir.), cert. denied, 126 L. Ed. 2d 55, 114 S. Ct. 87 (1993); Mendez, 900 F.2d at 7; Baker v. Raulie, 879 F.2d 1396, 1399 (6th Cir. 1989); Clinkscales v. Chevron U.S.A., Inc., 831 F.2d 1565, 1569 (11th Cir. 1987).  n8 Counsel's statement amounts to little more than a plaint that he was suddenly called out of town on other business on the last day of the second extension period. But "most attorneys are busy most of the time and they must organize their work so as to be able to meet the time requirements of matters they are handling or suffer the consequences." Pinero Schroeder v. Federal Nat'l Mortgage Ass'n, 574 F.2d 1117, 1118 (1st Cir. 1978) (per curiam)." (footnote omitted).
McIntosh v. Antonio, 71F.3d 29, 37-38 (1st Cir. 1995).

In the case at bar the plaintiffs received an additional 30 days on their first extension.

On their second extension, filed March 25, 2004, which was after the deadline of March 19,

2004, the plaintiffs met the standard of excusable neglect, as indicated by the court's granting a

second extension despite the defendant's objection.  For each extension request, including the

letter sent to the court, the plaintiffs' counsel has used the same justification including a lack of

affidavits and the inability to contact out of state witnesses, that is, the plaintiffs and their



children.  At this third juncture in time, the plaintiffs have clearly not met the higher standard

of "extreme good cause" and the court should not accept the late filing of the plaintiffs'

opposition to the defendant's motion for summary judgment.

WHEREFORE, the defendant respectfully requests that the court deny the plaintiffs'

Opposition to Defendant's Motion for Summary Judgment, dated April 8, 2004 and filed April

16, 2004.

DEFENDANT, COLONIAL PENN INSURANCE CO.

By_____

Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct05612

- 5 -

## CERTIFICATION

I hereby certify that a copy of the foregoing notice was mailed to counsel of record on April 29, 2004 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

Joel J. Rottner

4195-02004SR\220096\tao

- 6 -

Exhibit A



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
**********************************
EARL CRAIG & MARY GORE        *      CASE NO.302 CV 1630(JBA)
            Plaintiffs        *
                              *
v.                            *      MARCH 25, 2004
                              *
COLONIAL PENN INSURANCE, INC. *
            Defendant         *
**********************************
```

### SECOND MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel undersigned hereby move for an enlargement of time, some thirty (30) additional days, within which to complete and file the above-mentioned Opposition. In support of this motion, Plaintiffs represent as follows.

1.  This is the second such request for an extension by the Plaintiffs.

2.  Plaintiffs' counsel has not yet completed the brief, and has not yet received the required affidavits and other materials from out of state witnesses, materials which are necessary to oppose the defendant's motion.

3.  This extension is necessary to thoroughly respond to the defendant's motion.

4.  Plaintiffs' counsel has been unable to speak directly with opposing counsel, and is thus unaware of defendant's position with respect to this motion.

No. 76

No this matter will now be deemed trial ready: October 2004. This matter will now be deemed trial ready, to and including 4/9/04. This matter will now be deemed trial ready absent a showing of extreme good cause.

Janet Bond Arterton, U.S.D.J.

3/31/04: Motion GRANTED, in part, to and including 4/9/04. This matter will now be deemed trial ready absent a showing of extreme good cause. No further extensions will be granted absent a showing of extreme good cause.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

FILED

Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| EARL CRAIG & MARY GORE | \* | CASE NO.302 CV 1630(JBA) |
| Plaintiffs | \* | |
| | \* | |
| v. | \* | APRIL 8, 2004 |
| | \* | |
| COLONIAL PENN INSURANCE, INC. | \* | |
| Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' OPPOSITION TO DEFENDANT
### MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby objects to the Defendant's Motion for Summary Judgment dated January 30, 2004, on the grounds set forth in the attached Memorandum of Law, deposition materials, and other exhibits.

Respectfully submitted,
THE PLAINTIFFS
EARL CRAIG and MARY GORE

By_____
Caleb M. Pilgrim
LAW OFFICES OF CALEB M. PILGRIM, LLC
1404 Whalley Avenue
Second Floor
New Haven, Connecticut 06516
Tel: (203) 387-2524
Federal Bar No. ct 14857

### CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on April 8, 2004 to Joel Rottner, Esq., P.O. Box 340890, Hartford, CT 06134-0890.

_____
Caleb M. Pilgrim

9

Exhibit C

Case 3:02-cv-01630-JBA   Document 84   Filed 05/05/2004   Page 12 of 26

# U.S. District Court
# District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:02-cv-01630-JBA

Craig, et al v. Colonial Penn Ins. C
Assigned to: Judge Janet Bond Arterton
Referred to: Judge William I. Garfinkel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 09/16/02
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Earl Craig**

represented by **Caleb McIvor Pilgrim**
1404 Whalley Ave., 2nd Fl.
New Haven, CT 06515
203-387-2524
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Gore**

represented by **Caleb McIvor Pilgrim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Colonial Penn Ins. Co.**

represented by **Alyssa S. Vigue**
818 Farmington Ave.
W. Hartford, CT 06119
860-523-4055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel J. Rottner**
Skelley Rottner, P.C.
Corporate Center West
433 S. Main St., Suite 305
PO Box 340890
W. Hartford, CT 06110
860-561-7077
Email: jrottner@skelleyrottner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew Dallas Gordon**
Skelley Rottner

Corporate Center West
433 S. Main St.
Suite 305
W. Hartford, CT 06110
860-561-7077
Email: mgordon@skelleyrottner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan L. Miller**
Skelley Rottner, P.C.
Corporate Center West
433 So. Main St., Suite 305
Hartford, CT 06110
860-561-7077
Email: smiller@skelleyrottner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 04/20/2004 | 82 | MOTION for Extension of Time to File Reply to memorandum in opposition as to 68 MOTION for Summary Judgment by Colonial Penn Ins. Co.. (Warner, R.) (Entered: 04/20/2004) |
| 04/20/2004 | 81 | NOTICE of Appearance by Susan L. Miller on behalf of Colonial Penn Ins. Co. (Warner, R.) (Entered: 04/20/2004) |
| 04/16/2004 | 80 | Plaintiff's local Rule 56(a)2 statement re 68 MOTION for Summary Judgment filed by Earl Craig, Mary Gore. (Warner, R.) (Entered: 04/19/2004) |
| 04/16/2004 | | DOCKET CORRECTION corrected text re 79 Memorandum in Opposition to Motion (Warner, R.) (Entered: 04/19/2004) |
| 04/16/2004 | 79 | Memorandum of law in support of opposition re 68 MOTION for Summary Judgment filed by Earl Craig, Mary Gore. Exhibits A thru X submitted in paper format(Warner, R.) Modified on 4/19/2004 (Warner, R.). (Entered: 04/19/2004) |
| 04/16/2004 | 78 | Opposition re 68 MOTION for Summary Judgment filed by Earl Craig, Mary Gore. (Warner, R.) (Entered: 04/19/2004) |
| 04/02/2004 | 77 | OBJECTION to 75 MOTION for Extension of Time to File Response as to 68 MOTION for Summary Judgment filed by Colonial Penn Ins. Co.. (Inferrera, L.) (Entered: 04/05/2004) |
| 04/01/2004 | 76 | Endorsement ORDER granting 75 Motion for Extension of Time to File Response re 68 MOTION for Summary Judgment Responses due by 4/9/2004. Signed by Judge Janet Bond Arterton on 3/31/04. (Warner, R.) (Entered: 04/02/2004) |
| | | |

| 03/26/2004 | 75 | Second MOTION for Extension of Time Utill 30 days to File Opposition as to 68 MOTION for Summary Judgment by Earl Craig, Mary Gore. (Malone, P.) (Entered: 03/30/2004) |
| 03/11/2004 | 74 | MOTION to Preclude affidavits from opposition to motion for summary judgment by Colonial Penn Ins. Co.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Warner, R.) (Entered: 03/12/2004) |
| 03/05/2004 | 73 | ENDORSEMENT ORDER granting 71 Motion for Extension of Time to File Response/Reply to 68 MOTION for Summary Judgment Responses due by 3/19/2004. Signed by Judge Janet Bond Arterton on 3/4/04. (Pesta, J.) (Entered: 03/05/2004) |
| 03/02/2004 | 72 | MOTION to Preclude plaintiff's from presenting affidavits from plaintiff in opposition to motion for summary judgment by Colonial Penn Ins. Co.. (Attachments: # 1 exhibit A# 2 exhibit B)(Warner, R.) (Entered: 03/03/2004) |
| 02/19/2004 | 71 | MOTION for Extension of Time by 30 days to file opposition as to 68 MOTION for Summary Judgment by Earl Craig, Mary Gore. (Warner, R.) (Entered: 02/19/2004) |
| 01/30/2004 | 70 | Statement of Material Facts re 68 MOTION for Summary Judgment filed by Colonial Penn Ins. Co.. (Villano, P.) (Entered: 02/05/2004) |
| 01/30/2004 | 69 | Memorandum in Support re 68 MOTION for Summary Judgment filed by Colonial Penn Ins. Co. (Attachments to the Memorandum in Support were not scanned) (Villano, P.) (Entered: 02/05/2004) |
| 01/30/2004 | 68 | MOTION for Summary Judgment by Colonial Penn Ins. Co..Responses due by 2/20/2004 (Villano, P.) (Entered: 02/05/2004) |
| 01/30/2004 | 67 | Endorsement ORDER denying, 66 Motion for Extension of Time unitl 2/13/04 to file dispositive motions . Signed by Judge Janet Bond Arterton on 1/29/04. (Warner, R.) (Entered: 01/30/2004) |
| 01/28/2004 | 66 | MOTION for Extension of Time until 2/13/04 to file dispositive motions by Colonial Penn Ins. Co.. (Warner, R.) (Entered: 01/28/2004) |
| 01/27/2004 | 65 | NOTICE of Appearance by Alyssa S. Vigue on behalf of Colonial Penn Ins. Co. (Warner, R.) (Entered: 01/27/2004) |
| 01/20/2004 | 64 | TRANSCRIPT of Proceedings held on 12/16/03 before Judge Janet Bond Arterton. Court Reporter: Sharon Montini. (Warner, R.) (Entered: 01/20/2004) |
| 12/23/2003 | 63 | SCHEDULING ORDER: Dispositive Motions due by 3/5/2004. Trial Ready Date 8/1/2004.. Signed by Judge Janet Bond Arterton on 12/22/03. (Warner, R.) (Entered: 12/23/2003) |
| 12/19/2003 | | Pursuant to 12/19/03 omnibus 62 Endorsement ORDER denying [44] Motion to Dismiss . Signed by Judge Janet Bond Arterton on 12/19/03. (Brown, S.) (Entered: |

| | | 01/20/2004) |
|---|---|---|
| 12/19/2003 | 62 | Endorsement ORDER denying [42] Motion to Dismiss, denying [43] Motion for Sanctions, denying [50] Motion to Preclude, granting [51] Motion to Preclude, granting [52] Motion to Dismiss, denying [55] Motion for Order, denying [56] Motion for Order, denying [57] Motion for Order, granting [59] Motion for Sanctions, granting [59] Motion to Dismiss . Signed by Judge Janet Bond Arterton on 12/19/03. (Brown, S.) (Entered: 12/19/2003) |
| 12/05/2003 | | Set Deadlines/Hearings: Dispositive Motions due by 1/30/2004. Status Conference set for 12/16/2003 03:00 PM before Janet Bond Arterton. (Brown, S.) (Entered: 12/08/2003) |
| 12/05/2003 | 61 | ORDER granting 60 Motion for Extension of Time to 1/30/04 to file dispositive motions; Status conference set 12/16/03 @ 3:00 . Signed by Judge Janet Bond Arterton on 12/2/03. (Brown, S.) (Entered: 12/08/2003) |
| 11/20/2003 | 60 | MOTION for Extension of Time until 1/30/04 to file dispositive motions by Colonial Penn Ins. Co.. (Warner, R.) (Entered: 11/21/2003) |
| 10/07/2003 | 59 | MOTION by Colonial Penn Ins. C for Sanctions , to Dismiss complaint with prejudice (Brief Due 10/28/03 ) (Warner, R.) (Entered: 10/07/2003) |
| 09/24/2003 | 58 | Telephonic Discovery Conference held ( WIG) (Gutierrez, Y.) (Entered: 09/29/2003) |
| 09/19/2003 | 57 | MOTION by Colonial Penn Ins. C for Order to compel Reginald Eisler to comply with subpoena and testify at deposition (Brief Due 10/10/03 ) (Warner, R.) (Entered: 09/22/2003) |
| 09/19/2003 | 56 | MOTION by Colonial Penn Ins. C for Order compell Cecil W. Harris to comply with subpoena and testify at deposition (Brief Due 10/10/03 ) (Warner, R.) (Entered: 09/22/2003) |
| 09/19/2003 | 55 | MOTION by Colonial Penn Ins. C for Order to compell Franklin Degree to comply with subpoena and testify at deposition (Brief Due 10/10/03 ) (Warner, R.) (Entered: 09/22/2003) |
| 09/19/2003 | | ENDORSEMENT granting [54-1] motion to Extend Time until 11/24/03 to file dispositive motions, reset Dispositive Motions due by 11/24/03 ( signed by Judge Janet B. Arterton ) (Brown, S.) (Entered: 09/19/2003) |
| 09/16/2003 | 54 | MOTION by Colonial Penn Ins. C to Extend Time until 11/24/03 to file dispositive motions (Warner, R.) (Entered: 09/16/2003) |
| 09/10/2003 | | ENDORSEMENT granting [49-1] motion to Extend Time by 30 days to complete discovery, resetting Discovery deadline to 10/10/03 ( signed by Mag. Judge William I. Garfinkel ) (Gutierrez, Y.) (Entered: 09/11/2003) |

| | | |
|---|---|---|
| 09/02/2003 | 53 | OBJECTIONS by Colonial Penn Ins. C to [49-1] motion to Extend Time by 30 days to complete discovery by Mary Gore, Earl Craig (Torday, B.) (Entered: 09/03/2003) |
| 08/29/2003 | 52 | MOTION by Colonial Penn Ins. C to Dismiss with memo in support (Brief Due 9/19/03 ) (Depino, F.) (Entered: 08/29/2003) |
| 08/29/2003 | 51 | MOTION by Colonial Penn Ins. C to preclude testimony of William McKinley (Brief Due 9/19/03 ) (Depino, F.) (Entered: 08/29/2003) |
| 08/29/2003 | 50 | MOTION by Colonial Penn Ins. C to preclude testimony of Earl Craig and James Gore (Brief Due 9/19/03 ) (Depino, F.) (Entered: 08/29/2003) |
| 08/28/2003 | 49 | MOTION by Earl Craig, Mary Gore to Extend Time by 30 days to complete discovery (Warner, R.) (Entered: 08/28/2003) |
| 08/27/2003 | 48 | ORDER of Transfer ( signed by Judge Mark R. Kravitz ) to Judge Janet B. Arterton (Pesta, J.) (Entered: 08/27/2003) |
| 08/22/2003 | 47 | REPLY by Colonial Penn Ins. C to response to [44-1] motion to Dismiss/Preclude,Plaintiffs Failure to Comply with Discovery by Colonial Penn Ins. C (Warner, R.) (Entered: 08/25/2003) |
| 08/21/2003 | 46 | ORDER of Transfer ( signed by Judge Janet B. Arterton ) to Judge Mark R. Kravitz (Pesta, J.) (Entered: 08/21/2003) |
| 08/15/2003 | 45 | OBJECTIONS by Earl Craig, Mary Gore to [44-1] motion to Dismiss/Preclude, Plaintiffs Failure to Comply with Discovery by Colonial Penn Ins. Co (Rodko, R.) (Entered: 08/15/2003) |
| 08/11/2003 | 44 | MOTION by Colonial Penn Ins. C to Dismiss/Preclude,Plaintiffs Failure to Comply with Discovery (Brief Due 9/1/03 ) (Falcone, K.) (Entered: 08/11/2003) |
| 08/11/2003 | 43 | MOTION by Colonial Penn Ins. C for Sanctions (Brief Due 9/1/03 ) (Falcone, K.) (Entered: 08/11/2003) |
| 08/11/2003 | 42 | MOTION by Colonial Penn Ins. C to Dismiss/Preclude evidence (Brief Due 9/1/03 ) (Falcone, K.) (Entered: 08/11/2003) |
| 08/04/2003 | 41 | SCHEDULING ORDER setting Discovery cutoff 11/1/03 ; Dispositive Motions due 12/1/03 ; Status Report by 10/10/03 . Trial Ready Date Set for 6/1/04 ( Signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 08/04/2003) |
| 08/04/2003 | 40 | SCHEDULING ORDER setting Discovery cutoff 9/1/03 ; Dispositive Motions due 11/19/03 ; ( Signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 08/04/2003) |
| 08/01/2003 | 39 | ORDER denying without prejudice [38-1] motion to Dismiss ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 08/04/2003) |
| 07/24/2003 | | ENDORSEMENT granting [33-1] motion for Sanctions ( signed by Mag. Judge |

| | | |
|---|---|---|
| | | William I. Garfinkel ) (Gutierrez, Y.) (Entered: 07/24/2003) |
| 07/24/2003 | | ENDORSEMENT granting [32-1] motion for Sanctions re exhibits ( signed by Mag. Judge William I. Garfinkel ) (Gutierrez, Y.) (Entered: 07/24/2003) |
| 07/24/2003 | | ENDORSEMENT denying [29-1] motion to Quash depositions, denying [29-2] motion for Protective Order Regarding deposition of minor children ( signed by Mag. Judge William I. Garfinkel ) (Gutierrez, Y.) (Entered: 07/24/2003) |
| 06/27/2003 | 38 | MOTION by Colonial Penn Ins. C to Dismiss (Brief Due 7/18/03 ) (Rodko, R.) (Entered: 06/27/2003) |
| 06/27/2003 | | ENDORSEMENT granting [37-1] motion to Withdraw [31-1] motion for Sanctions re interrogatories and production requests by Colonial Penn Ins. C ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 06/27/2003) |
| 06/23/2003 | 37 | MOTION by Colonial Penn Ins. C to Withdraw [31-1] motion for Sanctions re interrogatories and production requests by Colonial Penn Ins. C (Warner, R.) (Entered: 06/24/2003) |
| 05/16/2003 | 36 | ORDER of referral to Mag. Judge William I. Garfinkel for discovery purposes re: motion to quash deposition (doc. #29) (signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 05/19/2003) |
| 05/16/2003 | 35 | ORDER vacating [34-1] referral/referred order to Mag. Judge Joan G. Margolis for discovery purposes ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 05/19/2003) |
| 05/13/2003 | 34 | ORDER of referral to Mag. Judge Joan G. Margolis for discovery purposes (signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 05/13/2003) |
| 05/12/2003 | 33 | MOTION by Colonial Penn Ins. C for Sanctions (Brief Due 6/2/03 ) (Falcone, K.) (Entered: 05/12/2003) |
| 05/12/2003 | 32 | MOTION by Colonial Penn Ins. C for Sanctions re exhibits (Brief Due 6/2/03 ) (Depino, F.) (Entered: 05/12/2003) |
| 05/12/2003 | 31 | MOTION by Colonial Penn Ins. C for Sanctions re interrogatories and production requests (Brief Due 6/2/03 ) (Depino, F.) (Entered: 05/12/2003) |
| 05/07/2003 | 30 | MEMORANDUM by Colonial Penn Ins. C in opposition to [29-1] motion to Quash depositions by Mary Gore, Earl Craig, [29-2] motion for Protective Order Regarding deposition of minor children by Mary Gore, Earl Craig (Warner, R.) (Entered: 05/08/2003) |
| 05/01/2003 | 29 | MOTION by Earl Craig, Mary Gore to Quash depositions , or, in the alternative for Protective Order Regarding deposition of minor children (Brief Due 5/22/03 ) (Depino, F.) (Entered: 05/01/2003) |
| | | |

| 04/03/2003 | 28 | Second AMENDED ANSWER and Affirmative Defenses to Complaint by Colonial Penn Ins. : amends [18-1] answer by Colonial Penn Ins. (Falcone, K.) (Entered: 04/04/2003) |
| 04/03/2003 | | ENDORSEMENT granting [22-1] motion for Sanctions, to compel plaintiffs to provide info re initial disclosure ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 04/04/2003) |
| 04/03/2003 | | ENDORSEMENT granting [21-1] motion for Sanctions, to comply with interrogatories dated 12/31/02 ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 04/03/2003) |
| 04/02/2003 | 27 | SCHEDULING ORDER setting Discovery cutoff 9/1/03 ; Dispositive Motions due 10/1/03 ; Status Report by 7/28/03 . Trial Ready Date Set for 4/1/04 ( Signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 04/02/2003) |
| 03/17/2003 | 26 | OBJECTION by Colonial Penn Ins. C re: [25-1] report (Depino, F.) (Entered: 03/17/2003) |
| 03/13/2003 | 25 | REPORT of Parties Planning Meeting (Sherman, M.) (Entered: 03/13/2003) |
| 03/13/2003 | 24 | APPEARANCE of Attorney for Colonial Penn Ins. C -- Mathew Dallas Gordon (Sherman, M.) (Entered: 03/13/2003) |
| 03/07/2003 | 23 | REPORT of Parties Planning Meeting (Sherman, M.) (Entered: 03/10/2003) |
| 03/07/2003 | 22 | MOTION by Colonial Penn Ins. C for Sanctions, to compel plaintiffs to provide info re initial disclosure (Brief Due 3/28/03 ) (Jefferson, V.) (Entered: 03/07/2003) |
| 03/07/2003 | 21 | MOTION by Colonial Penn Ins. C for Sanctions, to comply with interrogatories dated 12/31/02 (Brief Due 3/28/03 ) (Jefferson, V.) (Entered: 03/07/2003) |
| 02/11/2003 | 20 | Notice to counsel regarding 26(f). Report of Conference due 2/24/03 ( signed by Clerk ) (Warner, R.) (Entered: 02/11/2003) |
| 02/11/2003 | | ENDORSEMENT granting [19-1] motion for Sanctions ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 02/11/2003) |
| 01/03/2003 | 19 | MOTION by Colonial Penn Ins. C for Sanctions (Brief Due 1/24/03 ) (Warner, R.) (Entered: 01/06/2003) |
| 12/09/2002 | 18 | SECOND AMENDED ANSWER and AFFIRMATIVE DEFENSES to Complaint by Colonial Penn Ins. C : amends [15-1] answer by Colonial Penn Ins. C (Warner, R.) (Entered: 12/09/2002) |
| 12/09/2002 | | ENDORSEMENT granting [16-1] motion to Amend [15-1] answer by Colonial Penn Ins ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: 12/09/2002) |
| 12/06/2002 | 17 | Notice to counsel regarding 26(f). Report of Conference due 12/19/02 ( signed by |

| | | Clerk ) (Warner, R.) (Entered: 12/06/2002) |
|---|---|---|
| 11/27/2002 | 16 | Second MOTION by Colonial Penn Ins to Amend [15-1] answer by Colonial Penn Ins (Brief Due 12/18/02 ) (Falcone, K.) (Entered: 12/02/2002) |
| 11/27/2002 | 15 | First AMENDED ANSWER and Affirmative Defenses to Complaint by Colonial Penn Ins: amends [9-1] answer (duplicate of #14) (Falcone, K.) (Entered: 12/02/2002) |
| 11/14/2002 | 14 | AMENDED ANSWER to Complaint by Colonial Penn Ins. C : amends [9-1] answer by Colonial Penn Ins. (Depino, F.) (Entered: 11/15/2002) |
| 11/14/2002 | | ENDORSEMENT granting [10-1] motion to Amend [9-1] answer by Colonial Penn Ins. ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 11/15/2002) |
| 11/12/2002 | 13 | Notice to counsel regarding 26(f). Report of Conference due 12/2/02 ( signed by Clerk ) (Warner, R.) (Entered: 11/12/2002) |
| 11/12/2002 | | ENDORSEMENT granting [12-2] motion for pre-motion Conference. A telephonic pre-filing conference has been set down for 11/19/02 at 2:30 pm. ( signed by Judge Janet B. Arterton )-(Warner, R.) (Entered: 11/12/2002) |
| 11/02/2002 | 12 | MOTION by Colonial Penn Ins. C for Leave to File motion for summary judgment , for pre-motion Conference (Brief Due 11/23/02 ) (Warner, R.) (Entered: 11/04/2002) |
| 10/17/2002 | 11 | Reply to Defenses by Earl Craig, Mary Gore contained in [9-1] answer by Colonial Penn Ins. C (Warner, R.) (Entered: 10/17/2002) |
| 10/15/2002 | 10 | MOTION by Colonial Penn Ins. C to Amend [9-1] answer by Colonial Penn Ins. C (Brief Due 11/5/02 ) (Warner, R.) (Entered: 10/15/2002) |
| 10/01/2002 | 9 | ANSWER and Affirmative Defenses to Complaint by Colonial Penn Ins. C (Depino, F.) (Entered: 10/02/2002) |
| 09/20/2002 | 8 | Disclosure Statement by Colonial Penn Ins. (Depino, F.) Modified on 11/14/2002 (Entered: 09/20/2002) |
| 09/20/2002 | 7 | CERTIFICATE OF SERVICE re; Summons and Complaint by Colonial Penn Ins. C (Brown, S.) (Entered: 09/20/2002) |
| 09/20/2002 | 6 | CERTIFICATE OF SERVICE re; Standing Orders by Colonial Penn Ins. C (Brown, S.) (Entered: 09/20/2002) |
| 09/17/2002 | 5 | DEMAND for jury trial by Colonial Penn Ins Co (Ferguson, L.) (Entered: 09/17/2002) |
| 09/16/2002 | 4 | NOTICE of No Pending Motions by Colonial Penn Ins Co (Ferguson, L.) (Entered: 09/17/2002) |
| | | |

Case 3:02-cv-01630-JBA    Document 84    Filed 05/03/2004    Page 20 of 26

| 09/16/2002 | 3 | APPEARANCE of Attorney for Colonial Penn Ins. C -- Joel J. Rottner (Ferguson, L.) (Entered: 09/17/2002) |
| 09/16/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 3/18/03 ; Dispositive Motions due 4/17/03 Amended Pleadings due 11/16/02 Motions to Dismiss due 12/16/02 (Ferguson, L.) (Entered: 09/17/2002) |
| 09/16/2002 | 1 | NOTICE OF REMOVAL by Colonial Penn Ins Co from Judicial District of Fairfield FILING FEE $ 150.00 RECEIPT # H007310 (Ferguson, L.) (Entered: 09/17/2002) |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************************
```
EARL CRAIG & MARY GORE        *    CASE NO.302 CV 1630(JBA)
          Plaintiffs          *
                              *
v.                            *    APRIL 8, 2004
                              *
COLONIAL PENN INSURANCE, INC. *
          Defendant           *
```
*******************************************
```

## PLAINTIFFS' OPPOSITION TO DEFENDANT
## MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby objects to the Defendant's Motion for Summary Judgment dated

January 30, 2004, on the grounds set forth in the attached Memorandum of Law,

deposition materials, and other exhibits.

                    Respectfully submitted,
                    THE PLAINTIFFS
                    EARL CRAIG and MARY GORE


              By_____
                    Caleb M. Pilgrim
                    LAW OFFICES OF CALEB M. PILGRIM, LLC
                    1404 Whalley Avenue
                    Second Floor
                    New Haven, Connecticut 06516
                    Tel: (203) 387-2524
                    Federal Bar No. ct 14857


## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was
mailed on April 8, 2004 to Joel Rottner, Esq., P.O. Box 340890, Hartford, CT
06134-0890.

                    _____
                    Caleb M. Pilgrim

9



Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************

| | | |
|---|---|---|
| EARL CRAIG & MARY GORE | * | CASE NO.302 CV 1630(JBA) |
| Plaintiffs | * | |
| | * | |
| v. | * | MARCH 25, 2004 |
| | * | |
| COLONIAL PENN INSURANCE, INC. | * | |
| Defendant | * | |

*********************************************

## SECOND MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel undersigned hereby move for an enlargement of time, some thirty (30) additional days, within which to complete and file the above-mentioned Opposition.  In support of this motion, Plaintiffs represent as follows.

1.    This is the second such request for an extension by the Plaintiffs.

2.    Plaintiffs' counsel has not yet completed the brief, and has not yet received the required affidavits and other materials from out of state witnesses, materials which are necessary to oppose the defendant's motion.

3.    This extension is necessary to thoroughly respond to the defendant's motion.

4.    Plaintiffs' counsel has been unable to speak directly with opposing counsel, and is thus unaware of defendant's position with respect to this motion.

5.    The granting of this motion prejudices neither party.

WHEREFORE: Plaintiffs respectfully move this Court for the afore-mentioned extension.

Plaintiffs
EARL CRAIG and
MARY GORE

By _____
Caleb M. Pilgrim
LAW OFFICES OF CALEB M. PILGRIM, LLC
1404 Whalley Avenue
Second Floor
New Haven, Connecticut 06516
Tel: (203) 387-2524
Federal Bar No. ct 14857

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on March 25, 2006, to Joel Rottner, Esq., P.O. Box 340890, Hartford, CT 06134-0890.

_____
Caleb M. Pilgrim

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EARL CRAIG & MARY GORE    \*   CASE NO.302 CV 1630(JBA)
       Plaintiffs      \*

                      \*

v.                    \*   FEBRUARY 17, 2004

                      \*

COLONIAL PENN INSURANCE, INC.\*
       Defendant      \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel undersigned hereby move for an enlargement of time, some thirty (30) days, within which to complete and file the above-mentioned Opposition. In support of this motion, Plaintiffs represent as follows.

1.    This is the first such request for an extension by the Plaintiffs.

2.    Plaintiffs' counsel is currently in the process of drafting their Opposition, but requires affidavits and other materials, which among other things, are to be signed by parties and witnesses, who are out of state.

3.    This extension is necessary to thoroughly respond to the defendant's motion.

4.    Plaintiffs' counsel has telephoned defendant's counsel with respect this motion, but has been unable to speak directly with counsel, as he was not in his office. As of the time of this writing, plaintiffs' counsel is thus unaware of defendant's position with respect to this

motion. However, in the past when, defendant's counsel has sought extension(s), plaintiffs' counsel has always obliged and agreed.

5.    The granting of this motion prejudices neither party.

WHEREFORE: Plaintiffs respectfully move this Court for the afore-mentioned extension.

Plaintiffs
**EARL CRAIG and**
**MARY GORE**

By _____

Caleb M. Pilgrim
LAW OFFICES OF CALEB M. PILGRIM, LLC
1404 Whalley Avenue
Second Floor
New Haven, Connecticut 06516
Tel: (203) 387-2524
Federal Bar No. ct 14857

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on February 17, 2004, to Joel Rottner, Esq., P.O. Box 340890, Hartford, CT 06134-0890.

_____
Caleb M. Pilgrim

2