**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| v. | : | |
| | : | |
| COLONIAL PENN INSURANCE CO. | | April 29, 2004 |
| Defendant | : | |

**<u>DEFENDANT'S MOTION FOR PERMISSION TO FILE A MOTION TO STRIKE
EVIDENTIARY CLAIMS IN PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT</u>**

In the event that the Defendant's Objection to the Late Filing of the Plaintiffs' Opposition to the Defendant's to the Defendant's Motion for Summary Judgment is not granted, the defendant, Colonial Penn Insurance Company, moves for permission to strike numerous evidentiary claims in plaintiffs' Local Rule 56(a)2 Statement and in the body of the plaintiff's memorandum in opposition to the defendant's motion for summary judgment that

do not conform to Federal Rules of Procedure 56(e) and the Federal Rules of Local Procedure 56(a)3.  In support of its motion, the defendant has attached its Memorandum of Law.

                              DEFENDANT, COLONIAL PENN INSURANCE CO.


                By_____\S _____
                            Joel J. Rottner
                            Skelley Rottner P.C.
                            P.O. Box 34089
                            Hartford, Connecticut 06134-0890
                            (860) 561-7077
                            Fed. Bar # ct05612

## CERTIFICATION

      I hereby certify that a copy of the foregoing notice was mailed to counsel of record on April 29, 2004 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515


                                        \S \
                                Joel J. Rottner