# Caleb M. Pilgrim

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@aol.com

Attorney At Law

April 16, 2004

Hon. Judge Janet Bond Arterton, U.S.D.J.
United States District Court
147 Church Street
New Haven, CT 06515

RE: <u>Craig & Gore v. Colonial Penn Insurance Co., Case No.302 CV 1630(JBA)</u>

Dear Judge Arterton:

This letter seeks this Court permission to file the attached Plaintiffs' Local Rule 56 statement, and Opposition to Summary Judgment nunc pro tunc. The Opposition was due on April 9, 2004, and some exhibits are still being processed.

First, without wasting the court's time, I can as an officer of the court represent that I was personally physically unable to complete the Opposition over the past 2 to 3 weeks because of an on-going medical condition. The brief has thus remained for some time in a fairly advanced but incomplete state. I apologize to the Court, and to opposing counsel, for the delay in submission, and also above all for having to raise in any way a personal matter/limitation with the Court.

Secondly, as the Court will no doubt recall, Plaintiffs, who were until last year homeless here in Connecticut, had relocated to North Carolina. I have written a number of letters to Mr. Craig and Ms. Gore, at their last known address, but I have had no responses from them. Nor have I been able to reach them by telephone, as their telephone has been disconnected for some time. This has obviously impacted on preparation of the Plaintiffs' Opposition to the Defendant's Motion for Summary Judgment. Plaintiffs therefore reserve the right to supplement their Opposition to Defendant's Motion for Summary Judgment.

Finally, Ms. Gore had given me some time ago one item, which she believed might constitute relevant evidence to any investigation in this matter. It is my intention to pass this on to the Connecticut State Police or the Bridgeport Fire Department Arson Division or any other state investigation unit, for analysis, after I have discussed it with opposing counsel. Thank you for your kind attention to this matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim, L.L.C.

*[signature]*

Caleb M. Pilgrim


C: J. Rottner, Esq.


CMP/edw