UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

May 14  12 21 PM '04

CRAIG                              :

v.                                 :    NO. 3:02cv1630 (JBA)

COLONIAL PENN                      :

### ENDORSEMENT ORDER [DOC. #85]

Motion for Permission to File a Motion to Strike [doc. #85] is GRANTED. Defendant is directed to file its motion to strike forthwith.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **May 13, 2004**