UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and : | | |
| MARY GORE : | | |
|     Plaintiffs : | CASE NO. 302 CV 1630(JBA) | |
| : | | |
| VS. : | | |
| : | | |
| COLONIAL PENN INSURANCE : | | |
| COMPANY : | | |
|     Defendant : | MAY 11, 2004 | |

**DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
WITHIN WHICH TO FILE A REPLY TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT AND PLAINTIFFS' LOCAL 56(A) STATEMENT**

The defendant, Colonial Penn Insurance Company, requests an enlargement of time for thirty (30) days from the date of the Court's ruling on the "Defendant's Objection to the late Filing of the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment" and/or thirty (30) days from the Court's ruling on the Defendant's Motion for Permission to File a Motion to Strike Evidentiary Claims and Plaintiffs' Local Rule 56(a) (2) Statement; and/or an extension of time for thirty (30) days from the Court's ruling on Defendant's Motion to Strike Claims in Plaintiffs' Local Rule 56(a)(2) Statement if said motion is allowed, whichever is later. Defendant represents this Enlargement of Time is necessary for the following reasons:

1. The Defendant by pleading dated April 29, 2004 has objected to the late filing of the Plaintiffs' objection to the Defendant's Motion for Summary Judgment. If the Court grants said motion it will not be necessary for the Defendant to file a reply memorandum. Therefore in the interest of economics and judicial economy the Defendant represents that it should not be required to begin the preparation of its reply memorandum to the Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment until the Court has ruled on the Defendant's objection to the late filing of same.

2. If the Court allows the late filing of the Plaintiffs' Memorandum in Opposition to the Defendant's Motion for Summary Judgment, the Defendant has filed a "Motion for Permission to File a Motion to Strike Evidentiary Claims and Plaintiffs' Local Rule 56(a)(2) Statement. If said motion is granted; and, if thereafter the Court were to grant all or a portion of the Defendant's Motion to Strike Evidentiary Claims and Plaintiffs' Local Rule 56(a)(2) Statement, said rulings of the Court would reduce the scope and length of the Defendant's Reply Memorandum to Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment. Therefore the Defendant represents that in the interest of economics and judicial economy it

should not be required to initiate work on the preparation of its reply memorandum until said motions are ruled upon by the Court.

3.     On April 30, 2004 the Defendant faxed a copy of this motion to Plaintiffs' counsel, Attorney Pilgrim requesting that Attorney Pilgrim advise the undersigned whether or not he had any objection to said motion.  See copy of the letter to Attorney Pilgrim attached hereto.  To the date of this motion Attorney Pilgrim has not replied.

WHEREFORE, the defendant respectfully requests that this Court grant its Motion for Enlargement of Time to thirty (30) days from the Court's decision on the Defendant's Objection to the Late Filing of the Plaintiffs' Opposition to the Defendant's Motion for Summary Judgment; or thirty days (30) days from the Court's ruling on Defendant's Motion for Permission to File a Motion to Strike Evidentiary Claims and Plaintiffs' Local Rule 56(a)(2) Statement; or thirty (30)

days from the Court's ruling on the Defendant's Motion to Strike Claims and Plaintiffs' Local

Rule 56(a)(2) Statement whichever is later.

                              DEFENDANT, COLONIAL PENN
                              INSURANCE COMPANY


By _____\S _____
              Joel J. Rottner
              Fed. Bar #ct 05612
              Skelley Rottner P.C.
              P.O. Box 340890
              Hartford, CT  06134-0890
              (860) 561-7077

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 11, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

                                       \S \
                            Joel J. Rottner

SR/220217