# EXHIBIT A

**CALEB M. PILGRIM, ESQ.**
**FEBRUARY 16, 2001**
**PAGE 2**

April 30, 2004

**VIA FAX (203) 387-2527**

Caleb M. Pilgrim, Esq.
Attorney at Law
P. O. Box 3649
New Haven, CT  06515

        Re:    **Insureds:**    **Mary Gore and Earl Craig**
                **Claim No.:**    N00248142
                **Policy No.:**    614042180
                **Date of Loss:**    8/4/00
                **Our File No.:**    JJR/4195-00001

Dear Attorney Pilgrim:

      Enclosed is a draft copy of our Motion for Enlargement of Time.  If you have any opposition please advise as soon as possible since I would like to mail the motion to court by Wednesday May 3, 2004.

                                            Very truly yours,

                                            Joel J. Rottner

JJR:ldt
SR/220284
Enclosure:    Draft Motion for Enlargement of Time
cc:
Mr. Mark Ayers
Property Manager
AIG
Personal Line Claims
P.O. Box 2006
Chadds Ford, PA 19317