UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG | : |
| v. | : NO. 3:02cv1630 (JBA) |
| COLONIAL PENN | : |

### ENDORSEMENT ORDER [DOC. #87, #84, #89]

Although in improper form, the Court will deem Attorney Pilgrim's letter dated April 16, 2004 [doc. #87] as a Request for Extension of Time to File Opposition nunc pro tunc, with counsel's disabling medical condition given as cause, and it is GRANTED. Defendant's objection [doc. #84] is OVERRULED. Defendant's Motion for Enlargement of Time [doc. #89] is GRANTED to and including 6/17/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 17, 2004