## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| v. | : | |
| | : | |
| COLONIAL PENN INSURANCE CO. | | MAY 21, 2004 |
| Defendant | : | |

**MOTION TO STRIKE UNSUPPORTED FACTUAL ALLEGATIONS IN PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On May 13, 2004, in Endorsement Order #851, the Court granted the defendant, Colonial Penn Insurance Company, permission to strike numerous claims in plaintiffs' Local Rule 56(a)2 Statement and in the body of the plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment that do not conform to Federal Rules of Civil Procedure 56(e) and the Local Rule of Civil Procedure 56(a)3. Specifically, the defendant requests that the following be stricken:

(a)   Plaintiffs' 56(a)2 statements numbered 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 17, 20, 21, and 22.

(b)   Plaintiffs' entire "Dispute Issues of Material Fact" consisting of twelve statements.

    (c)    Specific sections within Plaintiffs' memorandum of law including page 11, the first full paragraph; page 16, page 18, the next to the last sentence of the first full paragraph; the last sentence of the first full paragraph; page 21, the entire statement in section (a); page 26, the third sentence of the last paragraph; and page 27, the first full paragraph.

In support of its motion, the defendant attaches its Memorandum of Law.

                                DEFENDANT, COLONIAL PENN INSURANCE CO.

By _____ \S \ _____
                      Joel J. Rottner
                      Skelley Rottner P.C.
                      P.O. Box 34089
                      Hartford, Connecticut 06134-0890
                      (860) 561-7077
                      Fed. Bar # ct05612

## CERTIFICATION

I hereby certify that a copy of the foregoing notice was mailed to counsel of record on May 21, 2004 as follows:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515


                                Joel J. Rottner

SR\220969