UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and | : | |
| MARY GORE | : | |
| Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| | : | |
| V. | : | |
| | : | |
| COLONIAL PENN INSURANCE | : | |
| COMPANY | : | |
| Defendant | : | MAY 21, 2004 |

**DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
WITHIN WHICH TO FILE A REPLY TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT AND PLAINTIFFS' LOCAL 56(a)2 STATEMENT**

The defendant, Colonial Penn Insurance Company, requests an enlargement of time within which to file its Reply Memorandum to plaintiffs' Memorandum in Opposition to the defendant's Motion for Summary Judgment for an additional thirty (30) days until June 25, 2004, for the following reasons:

1.  The Court has granted the defendant permission to file a Motion to Strike the claims of fact made by the plaintiffs in its Rule 56(a) (2) statement and/or in the factual assertions in its Memorandum in Opposition to Motion for Summary Judgment;

2. In accordance with the court's ruling, the defendant will be filing its Motion to Strike forthwith;

3. The Court's ruling on the defendant's Motion to Strike will have a substantial impact on the scope of the defendant's Reply Memorandum;

4. Wherefore, the defendant requests an enlargement of time to file its Reply Memorandum to a time subsequent to the Court's ruling on the defendant's Motion to Strike;

5. On May 19, 2004, the defendant faxed a copy of its motion to plaintiffs' counsel, Attorney Pilgrim, requesting that Attorney Pilgrim advise the undersigned whether or not he had any objection to said motion. To the date of this motion Attorney Pilgrim has not replied.

WHEREFORE, the defendant respectfully requests that this Court grant its Motion for Enlargement of Time for an additional thirty (30) days to June 25, 2004, within which the defendant may file a Reply Memorandum to the plaintiffs' Memorandum in Opposition to the Defendant's Motion for Summary Judgment.

DEFENDANT, COLONIAL PENN INS. CO.

BY _____
Joel J. Rottner    Fed. Bar #ct 05612
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
(860) 561-7077

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 21, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT  06515

                                              \S\
                                            Joel J. Rottner

SR/221070