UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG, et al.          :

v.                     :    NO. 3:02cv1630 (JBA)

COLONIAL PENN          :

FILED
May 28  12 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [Doc. # 93]

Motion for Enlargement of Time within Which to File Reply to Memorandum in Opposition to Motion for Summary Judgment [Doc. # 93] is DENIED. Defendant may incorporate into its reply any arguments included in its motion to strike. Defendant's reply shall be filed by 6/17/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **May 27, 2004**