# EXHIBIT B

```
 1              EXAMINATION UNDER OATH OF

 2                      EARL CRAIG

 3                   FEBRUARY 20, 2001

 4

 5

 6

 7

 8  A P P E A R A N C E S :

 9          SKELLEY ROTTNER P.C.
                433 South Main Street
10              West Hartford, Connecticut  06110
                BY:  JOEL J. ROTTNER, ESQ.
11
            THE LAW OFFICES OF CALEB M. PILGRIM, LLC
12              P.O. Box 3649
                New Haven, Connecticut  06515
13              BY:  CALEB M. PILGRIM, ESQ.

14  A L S O    P R E S E N T :

15          Ms. Mary Gore

16          Tim Lawson, Investigator
                Colonial Penn
17

18

19

20

21
                 SULLIVAN & ASSOCIATES, LLC
22              Certified Shorthand Reporters
                       2 Lindsay Lane
23              Broad Brook, Connecticut  06016
                        (860) 871-7574
24               Jana F. Ahrens, C.S.R.

25
```


ORIGINAL

```
 1                EXAMINATION UNDER OATH OF

 2                        MARY GORE

 3                     DECEMBER 4, 2000

 4

 5

 6

 7

 8  A P P E A R A N C E S :

 9          SKELLEY ROTTNER P.C.
                433 South Main Street
10              West Hartford, Connecticut  06110
                BY:  JOEL J. ROTTNER, ESQ.
11
            THE LAW OFFICES OF CALEB M. PILGRIM, LLC
12              P.O. Box 3649
                New Haven, Connecticut  06515
13              BY:  CALEB M. PILGRIM, ESQ.

14  A L S O    P R E S E N T :

15          Tim Lawson, Investigator
              Colonial Penn
16          Robert R. Nattrass, Certified Fire Investigator
              Acacia Investigations
17

18

19

20

21
                  SULLIVAN & ASSOCIATES, LLC
22               Certified Shorthand Reporters
                        2 Lindsay Lane
23             Broad Brook, Connecticut  06016
                       (860) 871-7574
24                Jana F. Ahrens, C.S.R.

25
```

