# EXHIBIT C

1          EXAMINATION UNDER OATH OF

2                   MARY GORE

3                DECEMBER 4, 2000

4

5

6

7

8  A P P E A R A N C E S :

9        SKELLEY ROTTNER P.C.
            433 South Main Street
10          West Hartford, Connecticut   06110
            BY:  JOEL J. ROTTNER, ESQ.
11
        THE LAW OFFICES OF CALEB M. PILGRIM, LLC
12          P.O. Box 3649
            New Haven, Connecticut   06515
13          BY:  CALEB M. PILGRIM, ESQ.

14  A L S O    P R E S E N T :

15      Tim Lawson, Investigator
          Colonial Penn
16      Robert R. Nattrass, Certified Fire Investigator
          Acacia Investigations
17

18

19

20

21

22          SULLIVAN & ASSOCIATES, LLC
         Certified Shorthand Reporters
23              2 Lindsay Lane
         Broad Brook, Connecticut   06016
24              (860) 871-7574
            Jana F. Ahrens, C.S.R.

25



130

1  BY MR. ROTTNER:
2      Q    So when you sent this application and when you
3  completed it on July 31, did you understand that you might
4  not have insurance yet as of July 31?
5      A    Yes, sir.  She told me that, sir.
6      Q    And when did you have that discussion with her
7  that she told you you might not have insurance as of July
8  31?
9      A    July 17th, sir.
10     Q    Could it have been July 19th?
11     A    No, sir.  I talked to her July 17th.
12     Q    How are you so sure of that date?
13     A    Because that's the date that I called her, sir.
14     Q    How do you know that date?
15     A    Sir, let's see, does it show up here when I called
16  her on the 17th?
17     Q    It shows up on Exhibit K.
18     A    Yes.  That's the day I talked to her.
19     Q    July 19th?
20     A    That's when I got the quote, sir.
21     Q    July 19th?
22     A    No, the 17th, but I called her back on the 19th
23  because she needed the rest of the information about the
24  building, sir, from the broker, sir.
25     Q    So you called her about the quote on the 17th?

131

```
 1    A    Yes, sir.
 2    Q    And then you called her back again on the 19th?
 3    A    Yes, sir, because I had to get the information,
 4  sir.
 5    Q    And were there any calls after that?  Was there
 6  one more call that you told us about about checking to see
 7  if they got the check?
 8    A    Yes, sir, and that was it.
 9    Q    Was that the 19th or sometime after July 19th?
10  I'm trying to understand when that call was.
11    A    Which call, sir?
12    Q    To see if they got the check.
13    A    That was after the 19th.
14    Q    Okay.  And then --
15         MR. PILGRIM:  I move, Attorney Rottner, that
16    somewhere around 1:30 that we should continue this
17    matter.  We'll set a day, a full day, so we can
18    complete it hopefully.
19         MR. ROTTNER:  What time is it now?
20         MR. PILGRIM:  1:20.
21         (Off-the-record discussion.)
22  BY MR. ROTTNER:
23    Q    When you spoke to the insurance company and gave
24  them the additional information on July 19th, you knew you
25  had to send them the picture?
```

1    A    Yes, sir.

2    Q    And you knew you had to fill out this application
3 we marked as Exhibit K?

4    A    Yes, sir.

5    Q    And you filled out the application on July 31?

6    A    Yes, sir.

7    Q    When did you get it?

8    A    I can't remember, sir.

9    Q    And did you read again on the last page of the
10 application where you signed at the bottom and where you
11 filled in ASAP, agreement statement, I understand that this
12 policy will not be issued or continued unless I have, one,
13 answered all the questions, two, signed and dated this
14 application?

15   A    Yes, sir.

16   Q    So you knew on July 31 that the policy couldn't be
17 issued until you'd signed and dated the application?

18   A    I didn't know when she was going to issue the
19 policy, sir.

20   Q    But you knew when you were signing this
21 application that it hadn't been issued yet?

22   A    I didn't know anything, sir.

23   Q    Okay.

24   A    She just said she needed information, sir.

25   Q    And then you sent them the application and you got

1  your policy in part, Exhibit 2, correct?
2      A    Yes, sir.
3      Q    And the policy is effective August 3rd, do you see
4  that?
5      A    Yes, sir.
6      Q    So you understand that you don't have coverage for
7  the first fire?
8      A    I don't know, sir.  She said it was a 24-hour
9  something.
10     Q    What was a 24-hour?
11     A    24-hour policy, that's what she told me, sir.  I
12 don't know.  I don't know how they work.  You would know
13 more than I would.
14     Q    So you don't know if you had insurance at the time
15 of the first fire?
16     A    I don't know, sir.
17     Q    Okay.  Now, did you have to tell her how much the
18 building was worth, what the market value of the property
19 was?
20     A    I didn't know that, sir.  I had to find out from
21 the broker, sir.
22     Q    What did you find out?
23     A    They didn't tell me too much, sir.  They said
24 probably about 50 or 40.  I don't know.
25     Q    And looking again at Exhibit K, did you tell her