

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL CRAIG and<br>MARY GORE | : | |
|     Plaintiffs | : | CASE NO. 302 CV 1630(JBA) |
| VS. | : | |
| COLONIAL PENN INSURANCE<br>COMPANY | : | JUNE 16, 2004 |
|     Defendant | : | |

**DEFENDANT'S MOTION FOR RELIEF FROM LOCAL RULE 7(d)**

The defendant, Colonial Penn Insurance Company, respectfully requests relief from Local Rule 7(d) regarding the restriction that reply briefs may not exceed 10 pages for the reasons that the plaintiffs have raised seven new issues in the plaintiffs' opposition to the defendant's Motion for Summary Judgment and the defendant's response requires a further review and recitation of the facts in addition to a reply to the legal arguments by the plaintiffs. Wherefore, the defendant respectfully requests that the Court permit the defendant to file an 18 page reply brief. Said factual recitation requires that defendant's

brief exceed 10 pages. The defendant's reply is in response to the plaintiffs' opposition to the defendant's Motion for Summary Judgment.

DEFENDANT, COLONIAL PENN
INSURANCE COMPANY

By _____
Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
(860) 561-7077
Fed. Bar #ct 05612

- 2 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

## CERTIFICATION

I hereby certify that a copy of the foregoing Requests to Produce was mailed, postage prepaid, on June 16, 2004, to the following counsel and pro se parties of record:

Caleb M. Pilgrim, Esquire
Law Offices of Attorney Caleb M. Pilgrim
1404 Whalley Avenue
New Haven, CT 06515

_____
Joel J. Rottner

SR/221990

- 3 -