**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CRAIG**                                 :

**v.**                                    :   NO. 3:02cv1630 (JBA)

**COLONIAL PENN**                         :

### ENDORSEMENT ORDER [DOC. #96]

Motion for Relief [doc. #96] is GRANTED, <u>nunc</u> <u>pro</u> <u>tunc</u>. Defendant's Reply Brief was docketed as doc. #95.

IT IS SO ORDERED.

                                          /s/
                              Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>**August 31, 2004**</u>