UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EARL CRAIG                                  :
MARY GORE
    v.                                              Civil No.  3:02cv 1630 (JBA)
                                                       :

COLONIAL PENN
INSURANCE CO.                           :

## JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on September 15, 2004, the Court filed a Ruling granting defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant, and this case is closed.

Dated at New Haven, Connecticut, this 16th day of September, 2004.

                                                       KEVIN F.  ROWE, CLERK

                                                       By_____/s/_____
                                                           Betty J. Torday
EOD_____                                         Deputy Clerk